**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CRIMINAL CASE NO. 2:10cr19**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **MARK WAYNE BALLARD.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Sealed Supplement to the Presentence Report for the Defendant [Doc. 50].

Based on the content of the Supplement, it is unnecessary to have the Defendant transported into this District for re-sentencing in accordance with the remand of the United States Court of Appeals for the Fourth Circuit. The previous Orders requiring the United States Marshal to transport the Defendant [Doc. 48, Doc. 49] are hereby modified to delete such requirement.

**IT IS, THEREFORE, ORDERED** that the Orders contained in Documents 48 and 49 requiring the United States Marshal to transport the Defendant to this District are hereby modified to delete that requirement.

Signed: November 6, 2012

Martin Reidinger
United States District Judge