# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 2:10-cr-00019-MR-DLH

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **MARK WAYNE BALLARD,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Petition [Doc. 69].

On February 15, 2022, the United States Probation Office for the Western District of North Carolina filed a Supervised Release Violation Petition containing two violations ("Violation One" and "Violation Two"). [Doc. 57]. On March 2, 2022, the Defendant's preliminary hearing on the Petition was held, at which time the Magistrate Judge found there was not probable cause for Violation One and dismissed Violation One. [See docket entry dated 03/02/2022]. On April 20, 2022, the Probation Office filed an Addendum to the Petition containing an additional violation ("Violation Three"). [Doc. 64]. On April 27, 2022, the Defendant's preliminary hearing on the Addendum was held, at which time the Magistrate Judge granted the

Government's oral motion to dismiss Violation Three. [See docket entry dated 04/27/2022]. On May 20, 2022, the Government filed the present motion to dismiss the Petition and the remaining violation therein ("Violation Two"). [Doc. 69].

Upon review of the Government's Motion,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Petition [Doc. 69] is **GRANTED**, and the Supervised Release Violation Petition [Doc. 57] in this matter is hereby **DISMISSED**.

The Clerk of Court is respectfully directed to provide a copy of this Order to counsel for the Defendant, counsel for the Government, the United States Probation Office, and the United States Marshals Service.

**IT IS SO ORDERED.**

Signed: May 20, 2022

Martin Reidinger
Chief United States District Judge